FILED
May 29, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Russell Bradney, )<br>)<br>Defendant. ) | Case No. 2:09-mj-175 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Russell Bradney__ Case _2:09-mj-175 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

    X   Unsecured bond in the amount of $50,000 unsecured bond co-signed by Carmen Bradney, Noreen Matthews, and Jeff Matthews.

    _   Appearance Bond with 10% Deposit

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    X   (Other) Pretrial conditions/supervision;

Issued at _Sacramento, CA_ on _5/29/09_   at  2:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge